| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)*  **20-22209**　　　　Chapter  **11**

■ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Bimbo and Sons Corporation** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1588726** |
| 4. | **Debtor's address** | **Principal place of business**<br><br>**353 Rosebriar Place**<br>**Lathrop, CA 95330**<br>Number, Street, City, State & ZIP Code<br><br>**San Joaquin**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1022 FRONTAGE ROAD Ripon, CA 95366**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor **Bimbo and Sons Corporation**     Case number (*if known*) **20-22209**
      Name

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

| Debtor | **Bimbo and Sons Corporation** | Case number (*if known*) | **20-22209** |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds** . *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Bimbo and Sons Corporation** | Case number (*if known*) | **20-22209** |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 23, 2020**
                MM / DD / YYYY

**X**   **/s/ BALWINDHER PRASHER**           **BALWINDHER PRASHER**
     Signature of authorized representative of debtor      Printed name

Title   **PRESIDENT**

**18. Signature of attorney**

**X**   **/s/ Chinonye U Ugorji**          Date   **June 23, 2020**
     Signature of attorney for debtor                MM / DD / YYYY

**Chinonye U Ugorji 244811**
Printed name

**Nonye Ugorji Law Corporation**
Firm name

**2775 Cottage Way, Suite 36**
**Sacramento, CA 95825-3364**
Number, Street, City, State & ZIP Code

Contact phone   **9169251894**      Email address   **nonyelawcorp@gmail.com**

**244811 CA**
Bar number and State

Official Form 201         **Voluntary Petition for Non-Individuals Filing for Bankruptcy**         page 4

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bimbo and Sons Corporation** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 20-22209 |

■ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $            **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................    $      **505,108.32**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................    $      **505,108.32**

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **728,000.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................    $            **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **149,741.22**

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                                                                                                                        $      **877,741.22**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Bimbo and Sons Corporation** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **20-22209** |

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property　　　　　　　　12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**　　　　　　　　**Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Bank of the West | Checking | 1521 | $1,608.32 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　$1,608.32
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

Debtor **Bimbo and Sons Corporation**     Case number *(If known)* **20-22209**
      Name

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**1 Computer desk** | **$0.00** | N/A | **$500.00** |
| | **3 Office Chairs** | **$0.00** | | **$500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**1 Filing Cabinet** | **$0.00** | N/A | **$500.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                        **$1,500.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

Debtor **Bimbo and Sons Corporation** Case number *(If known)* **20-22209**
 Name

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **2020 Ford F-150** | **$0.00** | **Comparable sale** | **$62,000.00** |
| 47.2. | **2018 Volvo 443 Truck** | **$0.00** | **Comparable sale** | **$70,000.00** |
| 47.3. | **2018 Volvo 445 Truck** | **$0.00** | **Comparable sale** | **$70,000.00** |
| 47.4. | **2018 Wabash 3829 Trailer** | **$0.00** | **Comparable sale** | **$60,000.00** |
| 47.5. | **2018 Wabash 3830 Trailer** | **$0.00** | **Comparable sale** | **$60,000.00** |
| 47.6. | **2018 Wabash 3832 Trailer** | **$0.00** | **Comparable sale** | **$60,000.00** |
| 47.7. | **2018 Volvo 3831 Trailer** | **$0.00** | **Comparable sale** | **$60,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**2018 Wabash 3834 Trailer** | **$0.00** | **Comparable sale** | **$60,000.00** |
| 51. | **Total of Part 8.**<br>Add lines 47 through 50.  Copy the total to line 87. | | | **$502,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

 ■ No.  Go to Part 10.
 ☐ Yes Fill in the information below.

Part 10:    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

 ■ No.  Go to Part 11.
 ☐ Yes Fill in the information below.

Debtor **Bimbo and Sons Corporation**     Case number *(If known)* **20-22209**
Name

### Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Bimbo and Sons Corporation**
Name

Case number *(If known)* **20-22209**

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,608.32 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $502,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $505,108.32 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $505,108.32 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bimbo and Sons Corporation** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | 20-22209 |

■ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** **Ally Financial**
Creditor's Name

P. O. Box 380902
Minneapolis, MN 55438
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2019**
Last 4 digits of account number
**4941**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2020 Ford F-150**

Describe the lien
**Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

$76,000.00    $62,000.00

**2.2** **BMO Transportation Finance**
Creditor's Name

3925 Fountains Boulevard NE
Cedar Rapids, IA 52411
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2018**
Last 4 digits of account number
**Various**
Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Two Volvo Trucks**

Describe the lien
**Lease to Own**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$160,000.00    $70,000.00

Official Form 206D　　　Schedule D: Creditors Who Have Claims Secured by Property　　　page 1 of 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

| Debtor | **Bimbo and Sons Corporation** | Case number (if known) | **20-22209** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

**2.3** **US Bank Equipment Finance**
Creditor's Name

**1310 Madrid Street**
**Marshall, MN 56258**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018**
**Last 4 digits of account number**
**0000**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Log Book Contract**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$256,000.00     Unknown

---

**2.4** **Wabash National Financial Services**
Creditor's Name

**655 Business Center Drive, Suite 250**
**Horsham, PA 19044**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**4 Trailers with total value of $245,000.00**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

$236,000.00     $60,000.00

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     **$728,000.00**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Filed 06/23/20  Case 20-22209  Doc 30
6/23/20 4:23PM

| Debtor | **Bimbo and Sons Corporation** | Case number (if known) | **20-22209** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Bimbo and Sons Corporation** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | **20-22209** |

☒ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:     List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>Alpin Patel<br>c/o Bishop & Barry<br>A Professional Law Corporation<br>6001 Shellmound Street, Ste. 875<br>Emeryville, CA 94608<br>Date(s) debt was incurred **2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>Basis for the claim: **Personal Injury Claim**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **$1.00** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>Bishop & Barry<br>A Professional Law Corporation<br>6001 Shellmound Street, Suite 875<br>Emeryville, CA 94608<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Law Suit**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **Unknown** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Brian Payton<br>c/o Bishop & Barry<br>A Professional Corporation<br>6001 Shellmound Street, Suite 875<br>Emeryville, CA 94608<br>Date(s) debt was incurred **2019**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Personal Injury Claim**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **$1.00** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Chase<br>P. O. Box 15548<br>Wilmington, DE 19886<br>Date(s) debt was incurred **2018**<br>Last 4 digits of account number **4375** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Credit Purchases**<br>Is the claim subject to offset? ☒ No ☐ Yes | | **$28,474.97** |

| Debtor | **Bimbo and Sons Corporation** | Case number (if known) | **20-22209** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Dominic Gittens**<br>**c/o The Kick Law Firm**<br>**815 Morage Drive**<br>**Los Angeles, CA 90049** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Employment Lawsuit** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **KeepTruckin**<br>**55 Hawthorne Street**<br>**4th Floor**<br>**San Francisco, CA 94105** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Fleet Tracking Device** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,960.18** |
|---|---|---|---|
| | **State Funds/NCCS**<br>**700 Leisure Lane**<br>**Attention: Luther Happ**<br>**Sacramento, CA 95815** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Collections** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|---|
| | **Wells Fargo Bank, N.A.**<br>**P. O. Box 60510**<br>**Los Angeles, CA 90060-0510** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: **Credit Purchases** | |
| | Last 4 digits of account number **1580** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,504.07** |
|---|---|---|---|
| | **Wells Fargo Bank, N.A.**<br>**P. O. Box 60510**<br>**Los Angeles, CA 90060-0510** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2019** | Basis for the claim: **Line of Credit** | |
| | Last 4 digits of account number **7164** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,800.00** |
|---|---|---|---|
| | **Wells Fargo Bank, N.A.**<br>**P. O. Box 60510**<br>**Los Angeles, CA 90060-0510** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **2018** | Basis for the claim: **Credit Purchases** | |
| | Last 4 digits of account number **1580** | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**     **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| Debtor | **Bimbo and Sons Corporation** | Case number (if known) | **20-22209** |
|---|---|---|---|
| | Name | | |

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **149,741.22** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **149,741.22** |

# United States Bankruptcy Court
### Eastern District of California

In re **Bimbo and Sons Corporation**　　　　　　　　　　Case No. **20-22209**

Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Balwinder Prasher**<br>**353 Rosebriar Place**<br>**Lathrop, CA 95330** | | **100%** | **Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 23, 2020**　　　　　　　　Signature **/s/ BALWINDHER PRASHER**
　　　　　　　　　　　　　　　　　　　　　　　　　　**BALWINDHER PRASHER**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In re )
   **Bimbo and Sons Corporation** )
)
) Case No. **20-22209**
)
)
)

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED: **June 23, 2020**           **/s/ BALWINDHER PRASHER**
                                                                                    Debtor's Signature

**Submit this form and your Master Address List to one of the following addresses**:

| Sacramento Division | Modesto Division | Fresno Division |
|---|---|---|
| 501 I Street, Suite 3-200 | Mailing Address: | 2500 Tulare Street, Suite 2501 |
| Sacramento, CA 95814 | 501 I Street, Suite 3-200 | Fresno, CA 93721 |
| | Sacramento, CA 95814 | |
| | Physical Address: | |
| | 1200 I Street, Suite 4 | |
| | Modesto, CA 95354 | |

Ally Financial
P. O. Box 380902
Minneapolis, MN 55438

Alpin Patel
c/o Bishop & Barry
A Professional Law Corporation
6001 Shellmound Street, Ste. 875
Emeryville, CA 94608

Bishop & Barry
A Professional Law Corporation
6001 Shellmound Street, Suite 875
Emeryville, CA 94608

BMO Transportation Finance
3925 Fountains Boulevard NE
Cedar Rapids, IA 52411

Brian Payton
c/o Bishop & Barry
A Professional Corporation
6001 Shellmound Street, Suite 875
Emeryville, CA 94608

Chase
P. O. Box 15548
Wilmington, DE 19886

Dominic Gittens
c/o The Kick Law Firm
815 Morage Drive
Los Angeles, CA 90049

KeepTruckin
55 Hawthorne Street
4th Floor
San Francisco, CA 94105

State Funds/NCCS
700 Leisure Lane
Attention: Luther Happ
Sacramento, CA 95815

```
US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258


Wabash National Financial Services
655 Business Center Drive, Suite 250
Horsham, PA 19044


Wells Fargo Bank, N.A.
P. O. Box 60510
Los Angeles, CA 90060-0510
```